(131 So. 454)
**BANK OF MOULTON v. M. R. RANKIN.**

8 Div. 258.

Supreme Court of Alabama.

Dec. 18, 1930.

Wm. L. Chenault, of Russellville, for petitioner.

Tennis Tidwell, of Decatur, opposed.

FOSTER, J.

Petition of the Bank of Moulton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bank of Moulton v. Rankin, 131 So. 450.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.